## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:14-CV-289-DCK

| | | |
|---|---|---|
| TAMARA ELAINE BAZEN, | ) | |
| As Administrator of the Estate of | ) | |
| Cathy Erlene Bazen, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN THADDEUS SALEM, | ) | |
| and U.S.A. LOGISTICS, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion For New Trial Date" (Document No. 24).  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

The pending motion requests a new trial date of February 22, 2016;  however, the parties also jointly propose a new dispositive motions deadline of January 29, 2016.  See (Document Nos. 23, 24, and 24-1).  If dispositive motions were filed on January 29, 2016, it is very unlikely they would be fully briefed by February 22, 2016.  See Local Rule 7.1 (E).  Moreover, the Court would need additional time to carefully consider any dispositive motion(s), including whether a hearing would be helpful.

The Court will set a new trial date, but unfortunately the parties' proposed plan is unrealistic.  If the parties can significantly expedite their discovery and dispositive motions, the

Court might consider a renewed motion for a trial date during the civil term beginning on February 29, 2016.

## CONCLUSION

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion For New Trial Date" (Document No. 24) is **GRANTED, with modification**. The deadlines in this case are revised as follows: Plaintiff identify expert witnesses related to new claims – **October 9, 2015**; Plaintiff submit all expert reports – **November 6, 2015**; Defendants identify expert witnesses related to new claims – **December 15, 2015**; Defendants submit all expert reports – **December 28, 2015**; Discovery completion – **January 15, 2016**; Dispositive Motions – **January 29, 2016**; Trial – **June 6, 2016**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for October 19, 2015, and the Trial scheduled for October 26, 2015, are **CANCELLED**.

**SO ORDERED**.

Signed: October 2, 2015

David C. Keesler
United States Magistrate Judge