IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-289-DCK

| | |
|---|---|
| TAMARA E. TURNER, as Administrator of the Estate of Cathy Erlene Bazen, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| JONATHAN THADDEUS SALEM, and U.S.A. LOGISTICS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Stipulation To Amend Caption" (Document No. 39). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the parties' request and the record, the undersigned will direct that the Clerk of Court amend the caption of this case.

During the course of this litigation Plaintiff, Tamara Elaine Bazen was married and her legal name became Tamara E. Turner. (Document No. 39). Plaintiff requests that the caption be amended to reflect Plaintiff's proper legal name, and Defendant has consented to this change. Id.

**IT IS, THEREFORE, ORDERED** that the parties' "Stipulation To Amend Caption" (Document No. 39) is **GRANTED**. The Clerk of Court shall amend the caption as requested by the parties.

Signed: June 10, 2016

David C. Keesler
United States Magistrate Judge