# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-289-DCK

| | |
|---|---|
| TAMARA E. TURNER, <br> As Administrator of the Estate of <br> Cathy Erlene Bazen, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN T SALEM, and <br> USA LOGISTICS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the "Notice Of Withdrawal Of Counsel Katherine T. Armstrong" (Document No. 44). The parties have consented to the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned construes Ms. Armstrong's "Notice…" as a motion to withdraw, and finds good cause to allow the motion. William C. Robinson and the law firm of Robinson Elliott & Smith will continue their representation of Defendants.

**IT IS, THEREFORE, ORDERED** that the "Notice Of Withdrawal Of Counsel Katherine T. Armstrong" (Document No. 44) is **GRANTED**.

**SO ORDERED**.

Signed: July 20, 2016

David C. Keesler
United States Magistrate Judge