# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tamara E. Turner, as the Administrator of the Estate of Cathy Erlene Bazen, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:14-cv-289-DCK |
| vs. | ) ) | |
| Jonathan Thaddeus Salem, and U.S.A. Logistics, Inc., Defendant(s). | ) ) ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered August 5, 2016.

August 8, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court